NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STANLEY M. ANDERSON, PAUL L. BAILEY, RONALD L. BLASH, JON R. BOSTON, DENIS A. DARIDA, VICTOR C. DECOUDREAUX, WILLIAM A. DUZET, DAVID ALLEN DYER, WESLEY PAUL FETZER, R. S. GRAMMER, KENNETH N. PAGE, JAMES B. MOREHEAD, KEVIN L. DILLON, DIANA RAYMOND, on behalf of George G. Raymond, JOHN W. TRAEGER, JR., JOHN H. DAVIS, DONALD R. COBB, WILLIAM T. EADS, ROBERT E. LANGEVIN, ROBERT HAHN, LARRY HENDERSON, STEPHEN JAKUBOWSKI, LESLIE KERO, DAVID LEIPPE, RUSSELL MULLEN, DENNIS RAYFIELD, MAURY ROSENBERG, DOMINICK RUSCITTI, DONALD SCHILTZ, RICHARD SLINN, JAMES SORENSEN, JOHN STARK, JR., WILSON LEGG, GLENN LYONS, BARBARA MUNYON, ROBERT TOKLE,**

*Plaintiffs-Appellants*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2023-2224

---

Appeal from the United States Court of Federal Claims in No. 1:09-cv-33306-TMD, Judge Thompson M. Dietz.

_____

# O R D E R

The appellants having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

August 28, 2023
    Date                          /s/ Jarrett B. Perlow
                                  Jarrett B. Perlow
                                  Clerk of Court

**ISSUED AS A MANDATE:** August 28, 2023